```
ADRIENNE C. PUBLICOVER (SBN 161432)
MICHAEL K. BRISBIN (SBN 169495)
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Telephone:  (415) 433-0990
Facsimile:  (415) 434-1370

Attorneys for Defendant
LIFE INSURANCE COMPANY
OF NORTH AMERICA
d.b.a. CIGNA GROUP INSURANCE
```

FILED
2008 APR 24 AM 11:57
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| DEBORAH VENTO,<br><br>  Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA d.b.a. CIGNA GROUP INSURANCE; AND DOES 1 THROUGH 100,<br><br>  Defendants. | Case No. C08-02128 JL<br><br>DEFENDANT LIFE INSURANCE COMPANY OF NORTH AMERICA d.b.a. CIGNA GROUP INSURANCE'S NOTICE OF INTERESTED PARTIES |

Defendant Life Insurance Company of North America ("LINA") hereby submits this Notice of Interested Parties:

Plaintiff Deborah Vento– Her primary interest is to recover disability benefits.

Defendant LINA - No pecuniary interest, other than to recover the costs and fees to which it is entitled as awarded by the Court.

Dated: April 23, 2008         WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
ADRIENNE C. PUBLICOVER
MICHAEL K. BRISBIN
Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA
d.b.a. CIGNA GROUP INSURANCE

- 1 -
DEFENDANT'S NOTICE OF INTERESTED PARTIES
USDC NDCA Case No.:
349210.1

# PROOF OF SERVICE

I am a citizen of the United States, I am over the age of eighteen years not a party to the within cause; I am employed in the City and County of San Francisco, California and my business address is 525 Market Street, 17th Floor San Francisco, California 94105.

On this date I served the following document(s):

**DEFENDANT LIFE INSURANCE COMPANY OF NORTH AMERICA d.b.a. CIGNA GROUP INSURANCE'S NOTICE OF INTERESTED PARTIES**

on the party(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

**XX:** **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

___: **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the addressee.

___: **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

___: **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

| |
|---|
| Timothy J. Fricker, Esq.<br>James G. Mellen, Esq.<br>Fricker & Mellen & Associates<br>Tribune Tower<br>409 13th Street, 17th Floor<br>Oakland, CA 94612<br>Tel: (510) 663-8484<br>Fax: (510) 663-0639<br>***Attorneys for Plaintiff***<br>***DEBORAH VENTO*** |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED April 24, 2008, at San Francisco, California.

*Joya Yeung*

---

- 2 -
DEFENDANT'S NOTICE OF INTERESTED PARTIES
USDC NDCA Case No.:
349210.1