```
 1  ADRIENNE C. PUBLICOVER (SBN 161432)
    MICHAEL K. BRISBIN (SBN 169495)
 2  WILSON, ELSER, MOSKOWITZ,
        EDELMAN & DICKER LLP
 3  525 Market Street, 17th Floor
    San Francisco, CA 94105
 4  Telephone:   (415) 433-0990
    Facsimile:   (415) 434-1370
 5
    Attorneys for Defendant
 6  LIFE INSURANCE COMPANY
    OF NORTH AMERICA
 7  d.b.a. CIGNA GROUP INSURANCE
 8
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH VENTO, | Case No.: C 08-02128 JL |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA d.b.a. CIGNA GROUP INSURANCE; AND DOES 1 THROUGH 100, | |
| Defendants. | |

I am a citizen of the United States, I am over the age of eighteen years not a party to the within cause; I am employed in the City and County of San Francisco, California and my business address is 525 Market Street, 17th Floor San Francisco, California 94105.

On this date I served the following document(s):

1. **NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT UNDER 28 U.S.C. §§ 1332, 1441 AND 1446 (Diversity);**

2. **CIVIL COVER SHEET;**

3. **DEFENDANT LIFE INSURANCE COMPANY OF NORTH AMERICA d.b.a. CIGNA GROUP INSURANCE'S NOTICE OF INTERESTED PARTIES;**

4. **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;**

– 1 –

5. NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE;

6. ECF REGISTRATION INFORMATION HANDOUT;

7. U.S. DISTRICT COURT GUIDELINES; and

8. NOTICE TO STATE COURT AND TO ADVERSE PARTY OF REMOVAL OF ACTION TO FEDERAL COURT UNDER 28 U.S.C. SECTION 1441 (a) & (b)

on the party(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

**XX**: **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

___: **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the addressee.

___: **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

___: **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

| | |
|---|---|
| Timothy J. Fricker, Esq.<br>James G. Mellen, Esq.<br>Fricker & Mellen & Associates<br>Tribune Tower<br>409 13th Street, 17th Floor<br>Oakland, CA 94612<br>Tel: (510) 663-8484<br>Fax: (510) 663-0639<br>*Attorneys for Plaintiff*<br>***DEBORAH VENTO*** | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED April 28, 2008, at San Francisco, California.

_____
Joya Yeung

- 2 -

PROOF OF SERVICE
USDC NDCA Case No.: C 08-02128 JL
349828.1