```
ADRIENNE C. PUBLICOVER (SBN 161432)
MICHAEL K. BRISBIN (SBN 169495)
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Telephone:   (415) 433-0990
Facsimile:   (415) 434-1370
```

Attorneys for Defendant
**LIFE INSURANCE COMPANY
OF NORTH AMERICA
d.b.a. CIGNA GROUP INSURANCE**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH VENTO,<br><br>    Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF<br>NORTH AMERICA d.b.a. CIGNA GROUP<br>INSURANCE; AND DOES 1 THROUGH 100,<br><br>    Defendants. | Case No.: C 08-02128 JL<br><br>**JOINT STIPULATION AND<br>[PROPOSED] ORDER EXTENDING<br>DEFENDANT LINA'S TIME TO<br>ANSWER PLAINTIFF'S COMPLAINT**<br><br>Removal – April 24, 2008 |

The Plaintiff DEBORAH VENTO ("VENTO") and Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA d.b.a. CIGNA GROUP INSURANCE ("LINA"), hereby submit this Joint Stipulation and [Proposed] Order providing for a 10 court day extension to the original deadline of April 30, 2008 for LINA to file its answer to the Complaint in this matter.

1.   On April 2, 2008, Plaintiff VENTO served Defendant LINA by First Class Mail with a summons and complaint in this matter through CT Corporation System.

2.   On April 24, 2008 Defendant LINA removed this matter from Alameda County Superior Court to United States District Court, Northern District, San Francisco Division. LINA'S answer or other response to the Complaint is currently due on April 30, 2008.

---
Joint Stipulation and Proposed Order Extending Defendant LINA'S Time to Answer
Case No.: C08-02128 JL
350085.1

1

3.   Defendant LINA needs additional time to answer Plaintiff VENTO'S Complaint and the Parties propose to extend the deadline for 10 court days from the original deadline of April 30, 2008.

4.   Accordingly, Plaintiff VENTO and Defendant LINA jointly submit this Stipulation and Proposed Order requesting that the Court extend the deadline for LINA to answer Plaintiff's Complaint up to and including Wednesday, May 14, 2008.

**IT IS SO STIPULATED.**

DATED: April 30, 2008        By: /s/ Timothy J. Fricker
                                 FRICKER & MELLEN & ASSOCIATES
                                 Timothy J. Fricker
                                 Attorneys for Plaintiff
                                 **DEBORAH VENTO**

DATED: April 30, 2008        By: /s/ Michael K. Brisbin
                                 WILSON, ELSER, MOSKOWITZ,
                                 EDELMAN & DICKER LLP
                                 Michael K. Brisbin
                                 Attorneys for Defendant
                                 **LIFE INSURANCE COMPANY OF
                                 NORTH AMERICA d.b.a. CIGNA
                                 GROUP INSURANCE**

## ORDER

In light of the above Stipulation of the Parties regarding the extension for Defendant LINA to answer Plaintiff's Complaint, and good cause appearing therefore, the Court hereby orders that:

(1) Defendant LINA shall have 10 additional court days from the original deadline of Wednesday, April 30, 2008 to file an answer to Plaintiff's Complaint; and

(2) Defendant LINA must file its answer to Plaintiff's complaint no later than Wednesday, May 14, 2008.

**IT IS SO ORDERED.**

DATED: May 5, 2008

*/s/ James Larson*
**HONORABLE JAMES LARSON**
**UNITED STATES DISTRICT COURT JUDGE**