**Fricker & Mellen & Associates**
Timothy J. Fricker, Esq. 183309
James G. Mellen, Esq. 122035
Tribune Tower
409 13th Street, 17th Floor
Oakland, CA 94612
Tel: (510) 663-8484
Fax: (510) 663-0639

Attorneys for Plaintiff
Deborah Vento

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH VENTO | Case No.: C 08-02128 JL |
| Plaintiff, | |
| v. | **PLAINTIFF'S NOTICE OF INTERESTED PARTIES** |
| LIFE INSURANCE COMPANY OF NORTH AMERICA d.b.a. CIGNA GROUP INSURANCE; AND DOES 1 THROUGH 100 | |
| Defendants. | |

Plaintiff hereby submits this Notice of Interested Parties:

Plaintiff is interested in recovering past and future disability benefits and costs and fees and possible damages for bad faith.

Defendant is interested in recovering costs and fees.

Date: July 16, 2008                           /s/ T. J. Fricker
                                                                [Counsel]

Page 1