UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEBORAH VENTO,

                Plaintiff(s),

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA d.b.a. CIGNA GROUP INSURANCE; AND DOES 1 THROUGH 100,
                Defendant(s).

CASE NO. CV08-02128 JL

STIPULATION AND [XXXXXXX]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- [ ] Non-binding Arbitration (ADR L.R. 4)
- [ ] Early Neutral Evaluation (ENE) (ADR L.R. 5)
- [x] Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R . 3-5)*

**Private Process:**
- [x] Private ADR *(please identify process and provider)* Defendant offered to participate in a Court appointed mediation if Plaintiff agrees to pay her half share for a private mediation in the event the Court appointed mediation is unsuccessful. Plaintiff has yet to respond because of present availability. If Plaintiff accepts Defendant's offer, LINA will mediate this case with a court appointed mediator. LINA expects Plaintiff to decide by the Scheduling Conference.

The parties agree to hold the ADR session by:
- [ ] the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
- [x] other requested deadline 120 days from the Scheduling Conference so if a private mediation becomes necessary, the parties will have time to select a mediator and timely complete a session.

Dated: July 16, 2008

/s/ Timothy J. Fricker
Attorney for Plaintiff

Dated: July 16, 2008

/s/ Michael K. Brisbin
Attorney for Defendant

NDC-ADR6

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☐ Mediation
- ☐ Private ADR

Deadline for ADR session
- ☐ 90 days from the date of this order.
- ☐ other _____

IT IS SO ORDERED.

Dated: 7/18/08

_____
HONORABLE
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge James Larson