E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C08-02128 JL

DEBORAH VENTO,

    Plaintiff(s),

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Defendant(s).

No. C

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
**AND**
**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: July 23, 2008

Signature: [signed]

Counsel for Defendant
(Plaintiff, Defendant, or indicate "pro se")

LIFE INSURANCE COMPANY OF NORTH AMERICA