UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEBORAH VENTO

    Plaintiff(s),　　　　　　　　　　　No. 08-02128 JL

  v.　　　　　　　　　　　　　　　　NOTICE OF IMPENDING
　　　　　　　　　　　　　　　　　　　REASSIGNMENT TO A UNITED
　　　　　　　　　　　　　　　　　　　<u>STATES DISTRICT COURT JUDGE</u>

LIFE INSURANCE COMPANY OF NORTH AMERICA

    Defendant(s).
_____/

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

**XX**   (1)   One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

       (2)   One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

    The **CASE MANAGEMENT CONFERENCE** previously scheduled for July 30, 2008 at 10:30 a.m. on Magistrate Judge Larson's calendar will **NOT** be held.

Dated: July 24, 2008

                                        Richard W. Wieking, Clerk
                                        United States District Court

                                        _/s/ Wings Hom_____
                                        By: Wings Hom, Deputy Clerk