**Fricker & Mellen & Associates**
**Timothy J. Fricker, Esq. 183309**
**James G. Mellen, Esq. 122035**
**Tribune Tower**
**409 13th Street, 17th Floor**
**Oakland, CA 94612**
**Tel: (510) 663-8484**
**Fax: (510) 663-0639**

Attorneys for Plaintiff
Deborah Vento

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH VENTO | Case No.: C 08-02128 ~~JL~~  SC |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER |
| LIFE INSURANCE COMPANY OF NORTH AMERICA d.b.a. CIGNA GROUP INSURANCE; AND DOES 1 THROUGH 100 | |
| Defendants. | |

    Plaintiff Deborah Vento and Defendant Life Insurance Company of North America (CIGNA); Does 1 Through 100 have reached a resolution in this matter.  The parties agree to dismiss this action in its entirety with prejudice, pursuant to Fed. R. Civ. P. 41(a).  Each party shall bear its own fees and costs.  The parties seek the Court's approval of dismissal of this action with prejudice through the order listed *infra*.

/ / /

/ / /

1 | Dated: April 15, 2009

2 | /s/ Timothy J. Fricker

3 | Timothy J. Fricker, Esq. 183309
Fricker & Mellen & Associates
4 | Tribune Tower
409 13th Street, 17th Floor
5 | Oakland, CA 94612
Attorney for Plaintiff

6 | Dated: April 15, 2009

7 | /s/ Michael Brisbin
8 | Michael Brisbin, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
9 | 525 Market Street, 17th Floor
San Francisco, CA 94105-2725
10 | Attorney for Defendant

11 | **IT IS SO ORDERED.**

12 | DATED:  4/16/09       _____
The Honorable Samuel Conti
13 | United States District Judge

*[Seal: United States District Court, Northern District of California — "IT IS SO ORDERED" with signature of Judge Samuel Conti]*

Page 2